| | |
|---|---|
| **Subject:** | FW: US v. Fluitt - Satary Privilege Assertions |
| **Attachments:** | Privilege Log - ksatary@gmail.com (priv assertions).xlsx |

**From:** "UDHNANI, PATRICIA - US"
**Date:** February 2, 2021 at 11:03:46 AM CST
**To:** "Meyer, Ryan J." , "McCarthy, Brandon N."
**Cc:** "Furtado, Kathryn (CRM)" , "Kosmidis, John (CRM)" , "Rodriguez, Ashley K. - US" , Art@arthurwleach.com, rwestling@ebglaw.com, jessica@arthurwleach.com
**Subject: US v. Fluitt - Satary Privilege Assertions**

*EXTERNAL EMAIL – EXERCISE CAUTION*

Counsel –

Please find attached privilege assertions from privilege holder, Khalid Satary. Pursuant to the Discovery Protocol entered in this case, we can meet and confer regarding the assertions (Protocol Section 5(b)(iii)).

Counsel for Mr. Fluitt, please let us know if you object to any of the assertions and we can set up a meet & confer teleconference.

Thanks.

-Patricia Udhnani

---

This electronic message contains information from CACI International Inc or subsidiary companies, which may be company sensitive, proprietary, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named above. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify the sender immediately.

**EXHIBIT 4**