## Upthegrove, Joshua R.

| | |
|---|---|
| **From:** | Furtado, Kathryn (CRM) <Kathryn.Furtado@usdoj.gov> |
| **Sent:** | Tuesday, May 25, 2021 4:56 PM |
| **To:** | Meyer, Ryan J.; 'UDHNANI, PATRICIA - US' |
| **Cc:** | McCarthy, Brandon N.; Kosmidis, John (CRM); 'Rodriguez, Ashley K. - US'; 'Art@arthurwleach.com'; 'rwestling@ebglaw.com'; 'jessica@arthurwleach.com' |
| **Subject:** | RE: US v. Fluitt - Satary Privilege Assertions |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

*EXTERNAL EMAIL – EXERCISE CAUTION*

I'm available Thursday morning, and next week in the morning.

Best regards,
Kathryn

Kathryn Furtado
Trial Attorney
1400 New York Avenue NW
Washington, DC 20530
O: (202) 307-2884
C: (202) 794-2173

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Tuesday, May 25, 2021 5:41 PM
**To:** Furtado, Kathryn (CRM) <Kathryn.Furtado@usdoj.gov>; 'UDHNANI, PATRICIA - US' <patricia.udhnani@caci.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Kosmidis, John (CRM) <John.Kosmidis@usdoj.gov>; 'Rodriguez, Ashley K. - US' <ahamrick@caci.com>; 'Art@arthurwleach.com' <Art@arthurwleach.com>; 'rwestling@ebglaw.com' <rwestling@ebglaw.com>; 'jessica@arthurwleach.com' <jessica@arthurwleach.com>
**Subject:** RE: US v. Fluitt - Satary Privilege Assertions

All,

Following up on the below, to which we never received a response, please let us know if you are available to meet and confer this week regarding Mr. Satary's improper privilege assertions.  If we are unable to reach a resolution on the outstanding assertions, then we will be forced to move forward with a motion to compel the production of all communications over which privilege has been improperly asserted in the Western District by close of business on Friday, May 28.

Kind regards,

Ryan

**Ryan J. Meyer**
Associate

## Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591

1


**EXHIBIT 6**

direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Meyer, Ryan J.
**Sent:** Friday, February 19, 2021 5:07 PM
**To:** Furtado, Kathryn (CRM) <Kathryn.Furtado@usdoj.gov>; Riley, Rachel <rachel.riley@katten.com>; UDHNANI, PATRICIA - US <patricia.udhnani@caci.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Kosmidis, John (CRM) <John.Kosmidis@usdoj.gov>; Rodriguez, Ashley K. - US <ahamrick@caci.com>; Art@arthurwleach.com; rwestling@ebglaw.com; jessica@arthurwleach.com
**Subject:** RE: US v. Fluitt - Satary Privilege Assertions

All,

Please find attached for Mr. Fluitt's objections to the individual privilege assertions of Mr. Satary. Mr. Fluitt reserves the right to amend these objections based on any additional information provided by Mr. Satary or the Filter Team. In addition to the specific objections contained herein, Mr. Fluitt also objects generally to any attempt by Mr. Satary to assert privilege over communications with any attorney (or agent of any attorney) that was primarily seeking (or receiving) advice related to Mr. Satary's entities. Such assertions should be made, if at all, by Mr. Satary's entities (we understand that those entities' counsel are still compiling their finalized privilege assertions) since Mr. Satary, as an individual, lacks capacity to assert privilege on behalf of those entities.

Please let us know when we can meet and confer regarding these objections as well as the Filter Team's objections.

Kind Regards,

Ryan

**Ryan J. Meyer**
Associate

# Katten

Katten Muchin Rosenman LLP
2121 Pearl Street, Suite 1100 | Dallas, TX 75201
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Furtado, Kathryn (CRM) <Kathryn.Furtado@usdoj.gov>
**Sent:** Friday, February 19, 2021 8:23 AM
**To:** Riley, Rachel <rachel.riley@katten.com>; Meyer, Ryan J. <ryan.meyer@katten.com>; UDHNANI, PATRICIA - US <patricia.udhnani@caci.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Kosmidis, John (CRM) <John.Kosmidis@usdoj.gov>; Rodriguez, Ashley K. - US <ahamrick@caci.com>; Art@arthurwleach.com; rwestling@ebglaw.com; jessica@arthurwleach.com
**Subject:** RE: US v. Fluitt - Satary Privilege Assertions

*EXTERNAL EMAIL – EXERCISE CAUTION*
Totally understand. Hope you and your families are safe!

Best regards,
Kathryn

Kathryn Furtado
Trial Attorney

2



**EXHIBIT 6**

1400 New York Avenue NW
Washington, DC 20530
O: (202) 307-2884
C: (202) 794-2173

---

**From:** Riley, Rachel <rachel.riley@katten.com>
**Sent:** Thursday, February 18, 2021 8:40 PM
**To:** Furtado, Kathryn (CRM) <Kathryn.Furtado@CRM.USDOJ.GOV>; Meyer, Ryan J. <ryan.meyer@katten.com>; UDHNANI, PATRICIA - US <patricia.udhnani@caci.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Kosmidis, John (CRM) <John.Kosmidis@CRM.USDOJ.GOV>; Rodriguez, Ashley K. - US <ahamrick@caci.com>; Art@arthurwleach.com; rwestling@ebglaw.com; jessica@arthurwleach.com
**Subject:** RE: US v. Fluitt - Satary Privilege Assertions

Thank you, Kathryn. My apologies for all the delays, but due to the weather this week, our objections won't be ready until tomorrow. We are almost finished and are doing everything possible to get them to everyone as soon as possible. Thank you for your patience. Hope everyone is safe and warm.

**Rachel Riley**
Associate

# Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, Texas 75201
direct +1.214.765.3639
rachel.riley@katten.com | katten.com

---

**From:** Furtado, Kathryn (CRM) <Kathryn.Furtado@usdoj.gov>
**Sent:** Thursday, February 11, 2021 3:47 PM
**To:** Riley, Rachel <rachel.riley@katten.com>; Meyer, Ryan J. <ryan.meyer@katten.com>; UDHNANI, PATRICIA - US <patricia.udhnani@caci.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Kosmidis, John (CRM) <John.Kosmidis@usdoj.gov>; Rodriguez, Ashley K. - US <ahamrick@caci.com>; Art@arthurwleach.com; rwestling@ebglaw.com; jessica@arthurwleach.com
**Subject:** RE: US v. Fluitt - Satary Privilege Assertions

*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Rachel,

No objection from the Filter Team.

I've attached our questions/objections, originally provided in *U.S. v. Satary*, but that we maintain here.

Best regards,
Kathryn

Kathryn Furtado
Trial Attorney
1400 New York Avenue NW
Washington, DC 20530
O: (202) 307-2884
C: (202) 794-2173

3
**EXHIBIT 6**