UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:20-CR-00196-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GEORGE M FLUITT III (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM ORDER**

Pending before the Court is an Appeal of Magistrate Judge Order to Compel Production of Privileged Materials [Doc. No. 81] filed by Labs and Khalid Satary. Labs and Khalid Satary appeal Magistrate Judge McClusky's March 4, 2022, Memorandum Order granting George M. Fluitt, III's motions to compel various third parties to produce potentially privileged information [Doc. No. 79]. The United States has filed an Opposition [Doc. No. 84]. George M. Fluitt, III, has also filed an Opposition [Doc. No. 85].

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Following a review of the record, the Court finds that the Magistrate Judge's Memorandum Order is neither clearly erroneous nor contrary to the law.[1] Accordingly,

**IT IS ORDERED** that Labs and Khalid Satary's appeal [Doc. No. 81] is **DENIED**, and Magistrate Judge McClusky's Memorandum Order [Doc. No. 79] is hereby **AFFIRMED**.

---

[1] Even if the Court were to apply the *de novo* review standard, the Court would reach the same decision.

2

MONROE, LOUISIANA, this 23rd day of May 2022.

_____
Terry A. Doughty
United States District Judge