**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:20-CR-00196-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GEORGE M FLUITT III (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MINUTES OF COURT:**
**Sentencing**

| | | | |
|---|---|---|---|
| Date: | August 27, 2025 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 10:10 a.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | :20 | Courtroom: | CR1 |

**APPEARANCES**

| | | |
|---|---|---|
| Justin Michael Woodard   (AUSA) | For | United States of America |
| Seth D Reeg   (AUSA) | For | United States of America |
| Glen R Petersen   (RET) | For | George M Fluitt III (01) Defendant |
| Michael L DuBos   (RET) | For | George M Fluitt III (01) Defendant |
| Adam Roger Karamanis   (RET) | For | George M Fluitt III (01) Defendant |
| George M Fluitt III (01) | | Defendant (LOCATION RELEASE) |

**PROCEEDINGS**

**CONFERENCE: (:10)**
A conference was held in chambers prior to court.

**SENTENCE** Imposed as to Count 1 of the Indictment: (:10)
| | |
|---|---|
| **Imprisonment**: | 27 months |
| **Supervised Release:** | 2 years |
| **Crime Victim Fund Assessment:** | $100 payable to the Clerk of Court |
| **Fine** – payable to Clerk of Court: | Waived |
| **Restitution** – payable to the Clerk of Court: | $4,739,292.04 |

**APPEAL:**
Defendant advised of right to appeal.  If Notice of Appeal is filed, the Clerk of Court is directed to transmit the presentence report to the Court of Appeals under seal.

Order granting Sealed Motion (Doc. 136)

**ORAL MOTION:**
Motion by the Government to Dismiss counts 2 and 3 of the Indictment.

**ORAL ORDER:**
Order granting motion. Counts 2 and 3 of the Indictment are dismissed.

**COMMENTS:**
Defendant shall voluntarily surrender to the facility designated by the Bureau of Prisons by 2:00 PM on October 13, 2025.   Defendant released on the same conditions as previously imposed.